**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **K.M., *a minor, by and through her mother and next friend, Nicole Matthews*,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 3:26-cv-05008-MDH** |
| **STANGS BUSINESS, LLC,** | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 26). The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own fees, costs, and expenses.

WHEREFORE, after reviewing the parties' Joint Stipulation of Dismissal, the Court hereby **DISMISSES** this case in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses. It is also **ORDERED** that Defendant's Partial Motion to Dismiss Plaintiff's Complaint (Doc. 7) and Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 11) are both **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 25, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**